John S. Rossiter, Bar No. 151113
JRossiter@perkinscoie.com
Joren Bass, Bar No. 208143
JBass@perkinscoie.com
Jacqueline Young, Bar No. 280374
JYoung@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415-344-7000
Facsimile:  415-344-7050

Attorneys for Defendant
Global Allies, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and VALLEY FORGE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL ALLIES, LLC,<br><br>Defendant. | Case No. 2:11-cv-03237-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE FOR A PERIOD OF EIGHT WEEKS** |

## I.   STIPULATION

WHEREAS, on March 25, 2010, a lawsuit was filed against Defendant Global Allies, LLC ("Global Allies"), in the United States District Court for the Northern District of Illinois entitled *Global Total Office, Ltd. et al. v. Global Allies, LLC*, No. 1:10-cv-01896 (hereinafter, the "underlying GTO action");

WHEREAS, on December 6, 2011, Plaintiffs Continental Casualty Company and Valley Forge Insurance Company (collectively, "Plaintiffs") filed a complaint for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 in this Court seeking a declaration that they have no duty to defend or indemnify Global Allies under Plaintiffs' insurance policies with regard to the underlying GTO action;

WHEREAS, the underlying GTO action is currently being litigated in the Northern District of Illinois, with motions for summary judgment pending and a potential trial to be set for calendar year 2012;

WHEREAS, Global Allies believes that a stay of this coverage action is appropriate pending resolution of the underlying GTO action based upon, among other things, what Global Allies contends to be an overlap in factual issues in the underlying GTO action and this coverage action;

WHEREAS, Plaintiffs contend that the underlying GTO action does not require a stay of this coverage action;

WHEREAS, Plaintiffs and Global Allies have agreed to request a stay of eight weeks for the coverage action without prejudice to either party's position regarding (a) whether the underlying GTO action requires a stay of this coverage action, and (b) whether the status of the underlying GTO action now or in the future supports any further stay of this coverage action;

Now, therefore, it is hereby stipulated by Plaintiffs Continental Casualty Company and Valley Forge Insurance Company and Defendant Global Allies, LLC, by and through their respective attorneys, as follows:

///

1. All claims and proceedings in this coverage action should be stayed for a period of eight weeks starting on the date this Stipulation and [Proposed] Order To Stay Case is entered by the Court.

2. Global Allies' response to Plaintiffs' complaint will be filed within 10 days after the end of the eight week stay period.

3. The parties agree that neither party will argue that this stipulated stay provides a basis for seeking a further stay of this action, and further agree that the stipulated stay does not have any other procedural or substantive impact on issues in this action.

4. This stipulation is made without prejudice to either party's rights, including the right to move the Court for an additional stay of this action. Either party may move for an order lifting the stay. By entering into this Stipulation, neither Plaintiffs nor Global Allies express or imply an opinion as to the appropriateness of any future, additional stay of the litigation.

5. By entering into this Stipulation, neither Plaintiffs nor Global Allies waive any defenses, rights or privileges.

**IT IS SO STIPULATED.**

Dated: February 3, 2012

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW

By: /s/ Robert C. Christensen
Robert C. Christensen
Marsha L. Morrow

Attorneys for Plaintiffs

Dated: February 6, 2012

PERKINS COIE LLP

By: /s/ John S. Rossiter, Jr.
John S. Rossiter, Jr.

Attorney for Defendant Global Allies, LLC.

## II. ORDER

Pursuant to the stipulation of the parties:

1. This action and all proceedings and claims thereto are hereby stayed until eight weeks following the date of this Order .

2. All applicable time periods and deadlines from the date of the start of the stay to the time when the stay is lifted are hereby vacated.

**IT IS SO ORDERED.**

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE