John S. Rossiter, Bar No. 151113
JRossiter@perkinscoie.com
Joren Bass, Bar No. 208143
JBass@perkinscoie.com
Jacqueline Young, Bar No. 280374
JYoung@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415-344-7000
Facsimile:  415-344-7050

Attorneys for Defendant
Global Allies, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and VALLEY FORGE INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GLOBAL ALLIES, LLC,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-03237-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR GLOBAL ALLIES TO FILE RESPONSIVE PLEADING** |

## I. STIPULATION

WHEREAS, on March 25, 2010, a lawsuit was filed against Defendant Global Allies, LLC ("Global Allies"), in the United States District Court for the Northern District of Illinois entitled *Global Total Office, Ltd. et al. v. Global Allies, LLC*, No. 1:10-cv-01896 (hereinafter, the "GTO action");

WHEREAS, on December 6, 2011, Plaintiffs Continental Casualty Company and Valley Forge Insurance Company (collectively, "Plaintiffs") filed a complaint for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 in this Court seeking a declaration that they have no duty to defend or indemnify Global Allies under Plaintiffs' insurance policies with regard to the underlying GTO action;

WHEREAS, the parties to the GTO action participated in a mediation on June 20, 2012 before the Honorable Arlander Keys, Magistrate Judge of the United States District Court for the Northern District of Illinois;

WHEREAS, the parties to the GTO action appear to be close to a settlement in principle and are scheduled to attend a Magistrate Status Hearing on June 27, 2012 before Magistrate Keys to discuss the terms of the potential resolution to the GTO action;

WHEREAS, Plaintiff and Global Allies agree that a settlement in the GTO action may resolve or narrow the issues in this coverage action;

WHEREAS, Plaintiffs and Global Allies entered into a stipulation to extend the time to respond to Plaintiffs' Complaint in this action on January 4, 2012, extending the time to respond by twenty-eight (28) days;

WHEREAS, on February 6, 2012, Plaintiffs and Global Allies entered into a stipulated eight week stay of this coverage action, which was thereafter ordered by this Court on February 16, 2012;

WHEREAS, on April 11, 2012 Plaintiffs and Global Allies entered into a second stipulated eight week stay of the coverage action, which was thereafter ordered by this Court on April 15, 2012, and which terminated on June 15, 2012;

1  WHERAS, in light of the status of the GTO action and the settlement in principle, Plaintiffs and Global Allies have agreed to extend Global Allies' time to file responsive pleadings for twenty-nine (29) calendar days;

Now, therefore, it is hereby stipulated by Plaintiffs Continental Casualty Company and Valley Forge Insurance Company and Defendant Global Allies, LLC, by and through their respective attorneys, as follows:

1. Global Allies' response to Plaintiffs' complaint will be filed on or before July 20, 2012.

2. By entering into this Stipulation, neither Plaintiffs nor Global Allies waive any defenses, rights, or privileges.

**IT IS SO STIPULATED.**

Dated: June 21, 2012                COLLIAU CARLUCCIO KEENER
                                    MORROW PETERSON  & PARSONS

                                    By: /s/  Robert C. Christensen
                                            Robert C. Christensen
                                            Marsha L. Morrow

                                    Attorneys for Plaintiffs


Dated: June 21, 2012                PERKINS COIE LLP

                                    By: /s/ John S. Rossiter, Jr.
                                            John S. Rossiter, Jr.

                                    Attorney for Defendant
                                    Global Allies, LLC.

73730-0001/LEGAL23983137

1  II.  **ORDER**

2  Pursuant to the stipulation of the parties, the time for Global Allies to respond to
3  Plaintiffs' Complaint is extended to July 20, 2012.

5  **IT IS SO ORDERED.**

7  Dated: June 26, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE