1  John S. Rossiter, Bar No. 151113
   JRossiter@perkinscoie.com
2  Joren Bass, Bar No. 208143
   JBass@perkinscoie.com
3  Jacqueline Young, Bar No. 280374
   JYoung@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA  94111-4131
   Telephone:  415-344-7000
6  Facsimile:  415-344-7050

7  Attorneys for Defendant
   Global Allies, LLC
8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 | CONTINENTAL CASUALTY COMPANY and VALLEY FORGE INSURANCE COMPANY, | Case No. 2:11-cv-03237-MCE-KJN |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR GLOBAL ALLIES TO FILE RESPONSIVE PLEADING** |
| v. | |
| GLOBAL ALLIES, LLC, | |
| Defendant. | |

## I. **STIPULATION**

WHEREAS, on March 25, 2010, a lawsuit was filed against Defendant Global Allies, LLC ("Global Allies"), in the United States District Court for the Northern District of Illinois entitled *Global Total Office, Ltd. et al. v. Global Allies, LLC*, No. 1:10-cv-01896 (hereinafter, the "GTO action");

WHEREAS, on December 6, 2011, Plaintiffs Continental Casualty Company and Valley Forge Insurance Company (collectively, "Plaintiffs") filed a complaint for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 in this Court seeking a declaration that they have no duty to defend or indemnify Global Allies under Plaintiffs' insurance policies with regard to the underlying GTO action;

WHEREAS, the parties to the GTO action participated in a mediation on June 20, 2012 before the Honorable Arlander Keys, Magistrate Judge of the United States District Court for the Northern District of Illinois;

WHEREAS, the parties to the GTO action appear to be close to a settlement in principle and are scheduled to attend a Magistrate Status Hearing on June 27, 2012 before Magistrate Keys to discuss the terms of the potential resolution to the GTO action;

WHEREAS, Plaintiff and Global Allies agree that a settlement in the GTO action may resolve or narrow the issues in this coverage action;

WHEREAS, Plaintiffs and Global Allies entered into a stipulation to extend the time to respond to Plaintiffs' Complaint in this action on January 4, 2012, extending the time to respond by twenty-eight (28) days;

WHEREAS, on February 6, 2012, Plaintiffs and Global Allies entered into a stipulated eight week stay of this coverage action, which was thereafter ordered by this Court on February 16, 2012;

WHEREAS, on April 11, 2012 Plaintiffs and Global Allies entered into a second stipulated eight week stay of the coverage action, which was thereafter ordered by this Court on April 15, 2012, and which terminated on June 15, 2012;

1  WHERAS, in light of the status of the GTO action and the settlement in principle, Plaintiffs and Global Allies have agreed to extend Global Allies' time to file responsive pleadings for twenty-nine (29) calendar days;

Now, therefore, it is hereby stipulated by Plaintiffs Continental Casualty Company and Valley Forge Insurance Company and Defendant Global Allies, LLC, by and through their respective attorneys, as follows:

1. Global Allies' response to Plaintiffs' complaint will be filed on or before July 20, 2012.

2. By entering into this Stipulation, neither Plaintiffs nor Global Allies waive any defenses, rights, or privileges.

**IT IS SO STIPULATED.**

Dated: June 21, 2012      COLLIAU CARLUCCIO KEENER
                          MORROW PETERSON & PARSONS

                          By: /s/ Robert C. Christensen
                              Robert C. Christensen
                              Marsha L. Morrow

                          Attorneys for Plaintiffs

Dated: June 21, 2012      PERKINS COIE LLP

                          By: /s/ John S. Rossiter, Jr.
                              John S. Rossiter, Jr.

                          Attorney for Defendant
                          Global Allies, LLC.

73730-0001/LEGAL23983137

## II. ORDER

Pursuant to the stipulation of the parties, the time for Global Allies to respond to Plaintiffs' Complaint is extended to July 20, 2012.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE