John S. Rossiter, Bar No. 151113
JRossiter@perkinscoie.com
Joren Bass, Bar No. 208143
JBass@perkinscoie.com
Jacqueline Young, Bar No. 280374
JYoung@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415-344-7000
Facsimile: 415-344-7050

Attorneys for Defendant
Global Allies, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and VALLEY FORGE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL ALLIES, LLC,<br><br>Defendant.<br><br>GLOBAL ALLIES, LLC,<br><br>Counter-Claimant,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY and VALLEY FORGE INSURANCE COMPANY,<br><br>Counter-Defendants. | Case No. 2:11-cv-03237-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR CONTINENTAL CASUALTY COMPANY'S MOTION TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Assigned to the Honorable Morrison C. England, Jr.]<br><br>Current Hearing Date: September 20, 2012<br>Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7 |

JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE
NO. 2:11-CV-03237-MCE-KJN

I. STIPULATION

WHEREAS, on March 25, 2010, a lawsuit was filed against Defendant Global Allies, LLC ("Global Allies"), in the United States District Court for the Northern District of Illinois entitled *Global Total Office, Ltd. et al. v. Global Allies, LLC*, No. 1:10-cv-01896 (hereinafter, the "GTO Action");

WHEREAS, on December 6, 2011, Plaintiffs Continental Casualty Company and Valley Forge Insurance Company (collectively, "Plaintiffs") filed this action for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 seeking a declaration that they have no duty to defend or indemnify Global Allies under Plaintiffs' insurance policies with regard to the underlying GTO Action;

WHEREAS, on January 4, 2012, Plaintiffs and Global Allies entered into a stipulation to extend the time to respond to Plaintiffs' Complaint in this action, extending the time to respond by twenty-eight days;

WHEREAS, on February 16 and April 15, 2012, following stipulations by the parties, this Court ordered this action stayed, which terminated on June 15, 2012;

WHEREAS, following a stipulated extension of time to respond, Global Allies filed an answer to Plaintiffs' complaint and counterclaims against Continental Casualty Company ("Continental") on July 20, 2012;

WHEREAS, on August 9, 2012, Continental filed a Motion to Dismiss and for Partial Summary Judgment (the "Motion to Dismiss"), regarding the duty to defend Global Allies in the GTO Action, with a hearing date of September 20, 2012 at 2:00 p.m.;

WHEREAS, Global Allies intends to file a Motion to Stay Proceedings (the "Motion to Stay") to be heard on October 4, 2012, at 2:00 p.m.;

WHEREAS, Global Allies has requested, and Continental has agreed, to a continuance of the hearing on Continental's Motion to Dismiss to October 4, 2012 in light of a personal matter concerning the handling attorney for Global Allies and to preserve the parties' and this Court's resources, by setting both the Motion to Dismiss and the Motion to Stay to be heard on October 4, 2012;

1  Now, therefore, it is hereby stipulated by Plaintiffs Continental Casualty Company
2  and Valley Forge Insurance Company and Defendant Global Allies, LLC, by and through
3  their respective attorneys, that the hearing on Continental's Motion to Dismiss shall be
4  continued to October 4, 2012 at 2:00 p.m.  The briefing schedule for the Motion to
5  Dismiss is adjusted to correspond with the new hearing date.  By entering into this
6  Stipulation, neither Plaintiffs nor Global Allies waive any defenses, rights, or privileges.
7  **IT IS SO STIPULATED.**

8  Dated:  September 6, 2012                COLLIAU CARLUCCIO KEENER
                                            MORROW PETERSON & PARSONS
9

10                                          By: /s/ Robert C. Christensen
                                                  Robert C. Christensen
11                                                Marsha L. Morrow

12                                          Attorneys for Plaintiffs

13

14  Dated:  September 6, 2012                PERKINS COIE LLP

15
                                            By: /s/ Joren S. Bass
16                                                  Joren S. Bass

17                                          Attorney for Defendant
                                            Global Allies, LLC.
18
                          LEGAL24605412

- 2 -

## **ORDER**

Pursuant to the stipulation of the parties, the hearing on Continental's Motion to Dismiss and for Partial Summary Judgment ("Motion to Dismiss") shall be continued to October 4, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  September 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE