John S. Rossiter, Bar No. 151113
JRossiter@perkinscoie.com
Joren Bass, Bar No. 208143
JBass@perkinscoie.com
Jacqueline Young, Bar No. 280374
JYoung@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415-344-7000
Facsimile: 415-344-7050

Attorneys for Defendant
Global Allies, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and VALLEY FORGE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL ALLIES, LLC,<br><br>Defendant. | Case No. 2:11-cv-03237-MCE-KJN<br><br>**STIPULATION AND ORDER TO DISMISS COUNTERCLAIMS AGAINST CONTINENTAL CASUALTY COMPANY AND TO FILE AMENDED COUNTERCLAIM AGAINST VALLEY FORGE INSURANCE COMPANY**<br><br>Assigned to the Honorable Morrison C. England, Jr. |
| GLOBAL ALLIES, LLC,<br><br>Counter-Claimant,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Counter-Defendant. | |

**STIPULATION**

WHEREAS, on March 25, 2010, a lawsuit was filed against Defendant Global Allies, LLC ("Global Allies"), in the United States District Court for the Northern District of Illinois entitled *Global Total Office, Ltd. et al. v. Global Allies, LLC*, No. 1:10-cv-01896 (hereinafter, the "GTO Action");

WHEREAS, on December 6, 2011, Plaintiffs Continental Casualty Company ("Continental") and Valley Forge Insurance Company ("Valley Forge") (collectively, "Plaintiffs") filed this action for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 seeking a declaration that they have no duty to defend or indemnify Global Allies under Plaintiffs' insurance policies with regard to the underlying GTO Action;

WHEREAS, following stipulated stays of this Action, Global Allies filed an Answer and Counterclaim against Continental on July 20, 2012 [ECF No. 21].

WHEREAS, on August 9, 2012, Continental filed a Motion to Dismiss and for Partial Summary Judgment (the "Motion to Dismiss"), regarding its duty to defend Global Allies in the GTO Action [ECF No. 22];

WHEREAS, on October 23, 2012, this Court entered a Memorandum and Order granting the Motion to Stay pending resolution of the underlying GTO Action; denying the Motion to Dismiss without prejudice; directing Continental to refile the Motion to Dismiss when the stay is lifted, if Continental chooses to do so; and ordering that Global Allies notify the Court upon termination of the GTO Action [ECF No. 32];

WHEREAS, on November 29, 2012, the Honorable Sharon J. Coleman of the United States District Court for the Northern District of Illinois terminated the GTO Action by dismissing it with prejudice following a settlement of the GTO Action;

WHEREAS, on December 19, 2012, this Court entered an Order pursuant to stipulation lifting the stay and requiring Continental to file a responsive pleading to Global Allies' Counterclaims by January 11, 2013 [ECF No. 34];

WHEREAS the parties agree that all insurance coverage issues pertaining to Continental, an umbrella insurer, in this Action are now moot due to the resolution of the GTO Action, and

1  that the only remaining issues to be resolved in this Action pertain to the primary policies issued
2  by Valley Forge;
3      WHEREAS the parties agree that Global Allies' Counterclaims against Continental
4  should be dismissed with prejudice and without attorneys' fees or costs to either party;
5      WHEREAS the parties further agree that Global Allies may file an amended pleading
6  withdrawing its Counterclaims against Continental and adding Counterclaims against Valley
7  Forge related to the duties of defense and indemnity under the policies Valley Forge issued to
8  Global Allies;
9      Now, therefore, it is hereby stipulated by Continental, Valley Forge, and Defendant
10 Global Allies, by and through their respective attorneys, as follows:
11     1.    Due to the resolution and dismissal of the GTO Action on November 29, 2012, all
12         insurance coverage issues pertaining to Continental, an umbrella insurer, in this
13         Action are now moot due to the resolution of the GTO Action.
14     2.    The only remaining issues to be resolved in this Action pertain to defense and
15         indemnification under the primary policies issued to Global Allies by Valley
16         Forge.
17     3.    Global Allies' Counterclaims against Continental shall be dismissed with prejudice
18         and without attorneys' fees or costs to either party.
19     4.    On or before January 18, 2013, Global Allies will file an amended pleading
20         withdrawing its Counterclaims against Continental and adding Counterclaims
21         against Valley Forge related to defense and indemnification under the policies
22         Valley Forge issued to Global Allies.
23     5.    On or before February 8, 2013, Valley Forge will file its responsive pleading to
24         Global Allies' Counterclaim.
25     6.    By entering into this Stipulation, neither Plaintiffs nor Global Allies waive any
26         defenses, rights, or privileges.
27 / / / /
28 / / / /

STIPULATION AND ORDER TO DISMISS AND AMEND COUNTERCLAIMS
NO. 2:11-CV-03237-MCE-KJN

**IT IS SO STIPULATED.**

Dated: January 10, 2013                    COLLIAU CARLUCCIO KEENER MORROW
                                           PETERSON & PARSONS


                                           By: /s/ Robert C. Christensen
                                                   Robert C. Christensen
                                                   Marsha L. Morrow

                                                   Attorneys for Plaintiffs

Dated: January 10, 2013                    PERKINS COIE LLP


                                           By: /s/ John S. Rossiter, Jr.
                                                   John S. Rossiter, Jr.

                                                   Attorney for Defendant
                                                   Global Allies, LLC.

## **ORDER**

Pursuant to the stipulation of the parties:

1. Global Allies' Counterclaims against Continental are hereby dismissed with prejudice and without attorneys' fees or costs to either party.

2. Global Allies shall file an amended pleading withdrawing its Counterclaims against Continental and adding Counterclaims against Valley Forge on or before January 18, 2013.

3. Valley Forge will file its responsive pleading to Global Allies' Counterclaim on or before February 8, 2013.

4. The Order requiring Continental to file a responsive pleading by January 11, 2013 is hereby vacated.

**IT IS SO ORDERED.**

Dated: January 17, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT