| | |
|---|---|
| ROBERT C. CHRISTENSEN (SBN 151296)<br>MARSHA L. MORROW      (SBN 71903)<br>COLLIAU CARLUCCIO KEENER<br>    MORROW PETERSON & PARSONS<br>555 Mission Street, Suite 330<br>San Francisco, California  94105<br>Telephone:    415.932.7000<br>Facsimile:     415.932.7001<br>E-Mail:         robert.christensen@cna.com<br>E-Mail:         marsha.morrow@cna.com<br><br>Attorneys for Plaintiffs and Counter-Defendant CONTINENTAL CASUALTY COMPANY and  VALLEY FORGE NSURANCE COMPANY | JOHN S. ROSSITER (SBN 151113)<br>JOREN BASS (SBN 208143)<br>JACQUELINE YOUNG (SBN 280374)<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>Telephone: 415.344.7000<br>Facsimile:  415.344.7050<br>Email:        JRossiter@perkinscoie.com<br>Email:        JBass@perkinscoie.com<br>Email:        JYoung@perkinscoie.com<br><br>Attorneys for Defendant and Counterclaimant GLOBAL ALLIES, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and VALLEY FORGE INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GLOBAL ALLIES, LLC,<br><br>                    Defendant.<br><br>GLOBAL ALLIES, LLC,<br><br>                    Counter-Claimant,<br><br>     v.<br><br>VALLEY FORGE INSURANCE COMPANY,<br><br>                    Counter-Defendant. | Case No. 2:11-cv-03237-MCE-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>(Assigned to the Honorable Morrison C. England, Jr.) |

TO THE COURT CLERK, ALL PARTIES AND THEIR COUNSEL:

   IT IS HEREBY STIPULATED by and between Plaintiffs and Counterclaim Defendant Valley Forge Insurance Company and Continental Casualty Company and Defendant and

1  Counterclaimant Global Allies, LLC, through their undersigned counsel, that the complaint and
2  counterclaim on file in this action shall be dismissed with prejudice.  Each of the parties is to bear
3  its own costs and attorney fees.

4  DATED:  April 5, 2013                COLLIAU CARLUCCIO KEENER & MORROW
5                                          PETERSON & PARSONS

6
7                                       By: /s/ *Robert Christensen*
                                            ROBERT CHRISTENSEN
8                                           Attorneys for Plaintiffs and Counter-Defendant
                                            CONTINENTAL CASUALTY COMPANY and
9                                           VALLEY FORGE INSURANCE COMPANY

10 DATED:  April 5, 2013                PERKINS COIE, LLP
11
12                                      By: /s/ *John S. Rossiter*
                                            JOHN S. ROSSITER
13                                          Attorneys for Defendant and Counterclaimant
                                            GLOBAL ALLIES, LLC
14
15
16 DATED:  April 12, 2013
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that the complaint and counter-claim on file in this action are dismissed with prejudice. Each of the parties is to bear its own costs and attorney fees.

The Clerk of the Court is directed to close this case.

Date:  April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE